# MOTION HEARING MINUTES

*CASE NAME:*

| | VS | |
|---|---|---|
| **Voice of Teacher Education/Committee on Political Education, et al.** | | **New York State Board of Elections, et al.** |

*CAUSE*: 28:2201 Constitutionality of State Statute(s)    *DATE:*   August 19, 2010

*PROCEEDING:*    **Application for an Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction**

*LAW CLERKS*: _____    *CASE NUMBER:*  **1:10-cv-961  (GLS/DRH**)

*TRIAL DATE:*  **\*\*/\*\*/\*\***    *STENO*:   Lisa Tennyson

Note:    None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Robert T. Reilly, Jr., Esq. James Sanders, Esq. | New York State United Teachers | Plaintiffs |
| Krista A. Rock, AAG Kelly L. Munkwitz, AAG Elizabeth Hogan, Esq. William McCann, Esq. | New York State Attorney General | Defendants |

BEGINNING TIME:    3:00 P.M.            END TIME: 4:05 P.M.

3:00 p.m.   Atty. Reilly states plaintiffs' position on expenditures.

3:08 p.m.   Court discusses the Citizen's United Supreme Court decision.

3:19 p.m.   Court discusses Green party decision.

3:21 p.m.   Atty. Munkwitz discusses the definition of PAC with the court.

3:32 p.m.   Court states relief for application as to the first cause of action is denied for the plaintiff has not carried the burden of proof.  Court turns to the 2nd, 3rd and 4th causes of action.

3:50 p.m.   Court gives summary of where the court is at in regards to the application as to the 2nd, 3rd and 4th causes of action.

3:52 p.m.   Atty. Reilly discusses the court's summary and discusses the Union's claim.

3:59 p.m.   Court addresses denial with the plaintiffs' counsel.

4:00 p.m.   Atty. Reilly further discusses the enforcement provision.

4:00 p.m.   Court declines to issue a temporary restraining order and preliminary injunction.

4:05 p.m.   Court states the transcript constitutes the decision of the court.  No written order forthcoming.